## FIRST DISTRICT.

Ethel M. Cann and William A. Cann, appellee, v. City of Chicago et al., appellants. Gen. No. 30,316.

Bill for injunction. Temporary injunction granted. See 241 Ill. App. 21. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed May 25, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder and Barnet Hodes, Assistant Corporation Counsel, of counsel. Edwin D. Lawlor, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Margaret P. McLaughlin, appellee, v. Kate Hahn et al., appellants. Gen. No. 30,429.

Partition. Decree finding and taxing costs for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed May 25, 1926.

David Ryan Twomey and Reeve & Heywood, for appellants; Harold L. Reeve, of counsel. Dawson & Dawson, for appellee; George E. Dawson, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Frank Montalbano, appellee, v. Pere Marquette Railroad Company, appellant. Gen. No. 30,483.

Action for personal injuries under Federal Employers' Liability Act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed May 5, 1926.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and Marvin A. Jersild, of counsel. Lynn & Korn, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.